IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND PUDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3-07CV0642-M |
| | § | |
| BUREAUS INVESTMENT GROUP | § | |
| PORTFOLIO NO. 7, LLC a/k/a | § | |
| BUREAUS INVESTMENT GROUP #7, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF EXTENSION OF TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES

COME NOW, Plaintiff, Raymond Puder, and Defendant, Bureaus Investment Group Portfolio No. 7, LLC a/k/a Bureaus Investment Group #7., and file this Stipulation of Agreement for Extension of Time to file Answer and Affirmative Defenses as follows:

1.      On or about April 13, 2007, Raymond Puder filed a lawsuit entitled *"Raymond Puder v. Bureaus Investment Group Portfolio No. 7, LLC a/k/a Bureaus Investment Group #7"*; In the United States District Court, Northern District of Texas, Dallas Division bearing cause number C.A. No. 3-07CV0642-M.  Puder alleges that Defendant violated the FDCPA as well as the Texas Debt Collection Practices Act.

2.      Upon filing of this suit, the Parties have been actively involved in working to resolve this matter without the need for further litigation.  Defendant has extended a settlement offer.  However, despite many attempts, Plaintiff's counsel has been unable to confer with her client regarding this offer.

3.      Plaintiff has agreed to grant Defendant an extension of time to file an Answer and Affirmative Defenses until August 15, 2007 in order to allow the parties to

1

confer regarding resolution of this case.

Respectfully submitted,

BARRON, NEWBURGER, SINSLEY & WIER, PLLC

//s// Kimberly R. Rankin
Keith Wier; SBN: 21436100
Kimberly R. Rankin; SBN: 24051230
Capital One Plaza
5718 Westheimer, Suite 1755
Houston, Texas  77057
(713) 335-0141 Telephone
(713) 335-0150 Facsimile
**ATTORNEYS FOR DEFENDANT BUREAUS
INVESTMENT GROUP PORTFOLIO NO. 7,
LLC a/k/a BUREAUS INVESTMENT GROUP
#7**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24ᵗʰ day of July, 2007, a true and correct copy of the foregoing was sent by electronic filing, certified mail, return receipt requested, via hand delivery and/or via facsimile to the following counsel:

Sharon K. Campbell                              *Via Facsimile (214) 739-0151*
ATTORNEY AT LAW
5910 North Central Expressway, Suite 1040
Dallas, Texas  75206

//s// Kimberly R. Rankin
Kimberly R. Rankin

2