IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RAYMOND PUDER** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 3-07CV0642-M |
| **BUREAUS INVESTMENT GROUP** | § | JURY TRIAL DEMANDED |
| **PORTFOLIO NO. 7, LLC** a/k/a | § | |
| **BUREAUS INVESTMENT GROUP #7** | § | |

## MOTION TO DISMISS ALL CLAIMS

Raymond Puder, Plaintiff, presents this Motion to Dismiss all claims for relief asserted herein and would respectfully show the Court the following:

**I**

Plaintiff no longer wishes to pursue this lawsuit. Accordingly, Plaintiff requests the court to enter an order dismissing, without prejudice, all causes of actions and claims asserted herein by Plaintiff against Bureaus Investment Group Portfolios No. 7, LLC. There are no counterclaims filed nor are there any motions pending. This motion is not opposed by the Defendant.

WHEREFORE, Plaintiff requests that this Court order all claims asserted herein against Bureaus Investment Group Portfolios No. 7, LLC. be dismissed, without prejudice, with costs to be taxed as incurred.

Respectfully submitted,

/s/ Sharon K. Campbell
Sharon K. Campbell
State Bar # 03717600
Premier Place, Suite 1040
5910 North Central Expressway
Dallas, Texas 75206
Telephone: 214/351-3260
Fax: 214/739-0151
Sharon@SharonKCampbell.com

CERTIFICATE OF SERVICE

In keeping with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all attorneys of record, via

\_\_\_  CERTIFIED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  TELEPHONIC DOCUMENT TRANSFER (FAX)

\_\_\_  FEDERAL EXPRESS

\_\_\_  COURIER/RECEIPTED DELIVERY

\_\_\_  REGISTERED MAIL/RETURN RECEIPT REQUESTED

\_\_\_  HAND-DELIVERY (IN PERSON)

\_\_\_  REGULAR MAIL

  X   ELECTRONIC MAIL

DATED:   OCT 23, 2007

/S/ Sharon K. Campbell